

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG - 4 2005

CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| HENNESSEY HUNT, #619672, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:05-CV-0035-R |
| | ) | |
| DOUGLAS DRETKE, et al., | ) | |
| Defendants. | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are ADOPTED as the findings and conclusions of the Court.

IT IS THEREFORE ORDERED that Plaintiff is BARRED from proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and that his motion to extend the time to pay the filing fee (Docket #6) is DENIED as moot.

IT IS FURTHER ORDERED that Plaintiff's "Pleading" (dated June 21, 2005) seeking to restore lost good-time credits and line classification in connection with three 2004 disciplinary actions is cognizable only in a habeas corpus action pursuant to 28 U.S.C. § 2254. The clerk shall MAIL to Plaintiff a blank habeas corpus form.

The Clerk shall transmit a copy of this order to Plaintiff.

Signed this ___4___ day of ___August___, 2005.

_____
UNITED STATES DISTRICT JUDGE